# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# CIVIL ACTION NO. 3:13CV-699-S
# CIVIL ACTION NO. 3:13CV-700-S

YINKA OYEKUNLE                 PLAINTIFF

v.

LVNV FUNDING, LLC               DEFENDANT

## MEMORANDUM OPINION

Plaintiff Yinka Oyekunle filed the instant *pro se* civil actions against Defendant LVNV Funding, LLC. Orders entered in both actions were sent to Plaintiff on August 12, 2013 (DN 4), but were returned by the United States Postal Service on October 15, 2013, marked "Return to Sender, Attempted – Not Known, Unable to Forward." However, subsequent mailings sent to Plaintiff were not returned by the United States Postal Service. Since it was unclear whether Plaintiff's address of record was current, the Court entered an Order on December 16, 2013, directing Plaintiff to notify the Court in writing within 14 days of entry of that Order of his current address. The Order warned that failure to do so within the time allotted would result in the dismissal of these actions as abandoned.

More than 14 days have passed, and Plaintiff has not responded to the Order. Upon filing the instant actions, Plaintiff assumed the responsibility of keeping this Court advised of his current address and to actively litigate his claims. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions."). Plaintiff has not advised the Court of a change of address. Therefore, neither notices from this Court nor filings by

Defendant can be served on Plaintiff. In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

Because it appears to this Court that Plaintiff has abandoned any interest in prosecution of the instant cases, the Court will dismiss these actions by separate Order.

Date: January 22, 2014

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc: Plaintiff, *pro se*
     Defendant
4411.010